UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
)
)
vs. )    Case No.    **CR12-5060**
)
)
)
KEVIN W. ROBINSON )
)
Defendant/Petitioner )
)

I hereby acknowledge receipt of the Deferred Prosecution Petition packet.  I understand I must comply with the deadlines set forth in the Order Establishing Procedures for Processing Deferred Prosecution Petitions if I petition for deferred prosecution.  If I choose to petition this Court for deferred prosecution I will execute the paperwork provided to me in the Deferred Prosecution Petition packet.

_____     22 FEB 2012
Defendant                                              Date

_____     _____
Defense Counsel                                    Date

**12-CR-05060-RCPT**