Magistrate Judge

FILED_____LODGED
_____RECEIVED

APR 0 2 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | Case No. CR12-5060 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUPERSEDING INFORMATION |
| KEVIN W. ROBINSON, | ) | (Misdemeanor) |
| Defendant. | ) | |

The United States Attorney charges that:

On or about December 11, 2011, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, KEVIN W. ROBINSON did operate a motor vehicle in a negligent manner, a manner likely to endanger persons or property, after having consumed alcohol.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.5249.

DATED this ___2ND___ day of ___April___, 2012.

JENNY A. DURKAN
United States Attorney

_____
ALEXANDER H. KWON
Special Assistant United States Attorney

SUPERSEDING INFORMATION - Page 1
United States v. KEVIN W. ROBINSON, CR12-5060

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil